IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KRISTIE MCLERRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:13cv466 |
| | § | |
| FLAGSTAR BANK, FSB, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 30, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Flagstar Bank, FSB's Rule 12(b)(6) Motion to Dismiss (Dkt. 6) should be GRANTED and that Plaintiff's claims should be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant Flagstar Bank, FSB's Rule 12(b)(6) Motion to Dismiss (Dkt. 6) is GRANTED and Plaintiff's claims are dismissed with prejudice.

    **IT IS SO ORDERED.**

    **SIGNED** this the 29th day of September, 2014.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE